UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4074
(2:22-cr-00192-DCN-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TOMMIE DOWARD WEATHERS, JR.

      Defendant - Appellant

_____

O R D E R

_____

The court denies the petition and supplemental petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Niemeyer, and Judge Diaz.

                              For the Court

                              /s/ Patricia S. Connor, Clerk